UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RONAL-DANILO SANDOVAL-CAMPOS,

                Petitioner,

-against-

HOMELAND SECURITY; EX. REL.
DIRECTOR OF INS – I.C.E.,

                Respondents.

1:24-CV-3854 (LLS)

ORDER

LOUIS L. STANTON, United States District Judge:

On January 22, 2025, the court received from Petitioner, who appears *pro se*, a submission styled as an application for the "appointment of counsel and a[n] interpreter" – a submission that Petitioner also refers to as a "petition." (ECF 11.) The Clerk of Court has, however, docketed that submission as a "motion to appoint counsel," making it appear, in the court's electronic docket of this action, as if it is a pending motion. (*See id*.)

Because Petitioner is appearing *pro se*, and because that submission appears to be more akin to an application for the court to request counsel – an attorney who can speak and understand Petitioner's native language – to represent Petitioner in this *habeas corpus* action, pursuant to 18 U.S.C. § 3006A(g), the Court directs the Clerk of Court to terminate ECF 11 and to redesignate it as an application for the court to request counsel pursuant to 18 U.S.C. § 3006A(g). The Court will consider that application upon Petitioner's filing of a second amended petition in response to the Court's August 21, 2025 order. (ECF 15.)

SO ORDERED.

Dated:  August 27, 2025
          New York, New York

                                                      */s/ Louis L. Stanton*
                                                          Louis L. Stanton
                                                             U.S.D.J.