**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
RONAL-DANILO SANDOVAL-CAMPOS,

                Petitioner,

-against-                            24 **CIVIL** 3854 (LLS)

                                  **JUDGMENT**

HOMELAND SECURITY; EX. REL. DIRECTOR
OF INS — I.C.E.,

                Respondents.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 23, 2025, and for the reasons discussed in the Court's August 21, 2025 order, the Court denies Petitioner's second amended petition for a writ of *habeas corpus*, brought under 28 U.S.C. § 2254, and dismisses this action, as time-barred. The Court has also denied all pending motions and requests in this action as moot.

**Dated:** New York, New York

      October 24, 2025

                                                    **TAMMI M. HELLWIG**
                                                       **Clerk of Court**

                             **BY:**       *K. Mango*

                                                       **Deputy Clerk**